**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>George Francis Nichols and<br>Darlene Frances Nichols,<br>                Debtors. | ) Case No. 19-27860 - C - 13<br>) Docket Control No. WLG-1<br>) Document No. 22<br>) Date: 03/10/2020<br>) Time: 2:00 PM<br>) Dept: C |

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

    The Motion to Confirm the Amended Chapter 13 Plan filed by the debtor, George Francis Nichols and Darlene Frances Nichols ("Debtor") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

    **IT IS ORDERED** that the Motion is granted, and Debtor's Amended Chapter 13 Plan filed on January 24, 2020, is confirmed. Debtor's Counsel shall prepare an appropriate order confirming the Chapter 13 Plan, transmit the proposed order to the Chapter 13 Trustee, David Cusick ("Trustee"), for approval as to form, and if so approved, the Chapter 13 Trustee will submit the proposed order to the court.

Dated: March 25, 2020

_____
United States Bankruptcy Judge

[22] - Motion/Application to Confirm Chapter 13 Plan [WLG-1] Filed by Joint Debtor Darlene Frances Nichols, Debtor George Francis Nichols (lars)